UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

-------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

-------------------------------------------------------------X

<u>**ORDER**</u>

14 MC 41

### PRACTICE AND PROCEDURE ORDER No. 1

This Order shall govern the practice and procedure in those actions seeking insurance coverage for claims based on damage caused by Hurricane Sandy.

I.     FILINGS

    A.     All counsel appearing in these matters shall register for electronic case filing (ECF) in this Court and all papers hereafter filed in this matter shall be filed electronically. (Information about ECF, including information about whom to contact concerning registration and filing procedures, may be obtained on the Court's website by clicking on the button entitled "CM/ECF").

    B.     All documents in all Hurricane Sandy cases shall include the caption "In Re Hurricane Sandy Cases" and the docket number, 14 MC 41. To the extent that the document being filed applies to all cases, then the caption should include the language: "This Document Applies to All Related Cases," so that the caption will appear as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE HURRICANE SANDY CASES
------------------------------------------------------------X        14 MC 41
THIS DOCUMENT APPLIES TO:
**ALL RELATED CASES**
------------------------------------------------------------X

C.    If a document being filed does not apply to all cases, then, in addition to including the caption "In Re Hurricane Sandy Cases," the document should specify and list the cases to which the document applies. For example:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE HURRICANE SANDY CASES
------------------------------------------------------------X        14 MC 41
THIS DOCUMENT APPLIES TO:
**Docket Nos.  13 CV XXX
                14 CV YYY**
------------------------------------------------------------X

D.    When filing a document on ECF that applies to a Hurricane Sandy case, use docket number 14 MC 41 in the civil case number entry. ECF will then ask if you want to "spread"[1] the document. You should always respond yes. The next screen will contain a drop down menu. If the document relates to all cases, then select "all" from the drop down menu. If the document applies only to an individual case or cases, then it should be "spread" only to the docket numbers for the individual case or cases to which the document applies; from the drop down menu, you should

---

[1] The words "spread" and "all" refer to terms appearing in the prompt as part of the ECF filing process.  "All" appears as the first option in the list of cases after you answer "yes" to whether you would like to spread the docket entry.

2

simply highlight the individual docket numbers to which the document applies. This means that the boxes corresponding to the name and docket number of the case should be checked. You can highlight multiple cases by using the "control" button on your keyboard. When selecting the parties on whose behalf you are filing, **DO NOT select "In re Hurricane Sandy" as a party.**

E. All papers and supporting documentation are to be filed via ECF, including papers and documentation that the parties wish to maintain in confidence such that they are available only to case participants, as well as papers and documentation that the parties wish to file ex parte. The parties are directed to insure that they understand and comply with the ECF filing procedures applicable in this Court for restricting access to confidential and ex parte materials. They may address any questions in this regard to August Marziliano (718-613-2332).

F. Courtesy copies of documents filed under Miscellaneous Civil Case number 14 MC 41 are not to be submitted to the court unless specifically requested by chambers. Any such copies requested by chambers are to be clearly marked as courtesy copies.

II. APPEARANCES PRO HAC VICE

Counsel who are not members of the bar of this Court must file motions to be admitted *pro hac vice* in accordance with Local Civil Rule 1.3(c). The *pro hac vice* motion shall be filed under Miscellaneous Civil Case number 14 MC 41, and should contain the caption, "In Re Hurricane Sandy Cases," as well as the docket numbers of all individual cases to which the motion relates. The filing shall be spread to any related individual case in which the lawyer is appearing for the

3

represented party.  When filing the motion, select only the party(s) you represent.  **DO NOT select "In re Hurricane Sandy" as a party.**  After a motion for admission *pro hac vice* is granted, counsel will be required to file a notice of appearance in 14 MC 41 and in any individual case or cases.  When filing the notice of appearance, select only the party(s) you represent.  **DO NOT select "In re Hurricane Sandy" as a party.**

      **SO ORDERED**.

Dated:  Brooklyn, New York
       January 14, 2014

                                            /S/   CHERYL L. POLLAK
                                            Cheryl L. Pollak
                                            United States Magistrate Judge

                                            /S/   GARY BROWN
                                            Gary Brown
                                            United States Magistrate Judge

                                            /S/ RAMON E. REYES
                                            Ramon E. Reyes, Jr.
                                            United States Magistrate Judge