| Name of Plaintiff(s) (each joint insured should be listed if they appear as a plaintiff. Where plaintiff is suing on different properties, that plaintiff's name should be listed separately as to each property, although each listing should appear contiguously.) | Address of Property | County of Property | Name of Defendant(s) | Pending Case Number(s) (incl. initials of assigned district and magistrate judge) | Type of Policy (wind (W), flood (F) or both (B)) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |