UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

-------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**
-------------------------------------------------------------X

**ORDER**

14 MC 41

## PRACTICE AND PROCEDURE ORDER No. 2

This Order shall govern the practice and procedure in those actions seeking insurance coverage for claims based on damage caused by Hurricane Sandy.

**I.     PRO HAC VICE ADMISSION**

To the extent that prior to the entry of Practice and Procedure Order No. 1 a motion for pro hac vice admission was made and granted in any case designated as a Hurricane Sandy case, counsel need not file any other pro hac vice motions in Hurricane Sandy cases.  Rather counsel should file an affidavit in 14-MC-41 stating that admission pro hac vice has been granted and specifying the case(s) in which it was granted.  The caption of the affidavit should list all Hurricane Sandy cases counsel is appearing in and be spread only to those cases.  In the event additional cases are then filed, counsel should file an affidavit in 14-MC-41 stating that admission pro hac vice has been granted.  The caption of that affidavit should list only the **new** all Hurricane Sandy case(s) counsel is appearing in and be spread to those cases.

**SO ORDERED**.

Dated: Brooklyn, New York
       January 17, 2014

S/   CHERYL L. POLLAK
United States Magistrate Judge

/S/   GARY BROWN
United States Magistrate Judge

/S/ RAMON E. REYES
United States Magistrate Judge