UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

-------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

-------------------------------------------------------------X

**ORDER**

14 MC 41

      The Court has scheduled a conference in all Hurricane Sandy cases for February 5, 2014 beginning at 2:00 p.m. Counsel for all plaintiffs and all defendants are required to appear in person at the Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York, Ceremonial Courtroom. Counsel should be prepared to speak about each of their cases.

      **SO ORDERED**.

Dated: Brooklyn, New York
        January 23, 2014

/S/   CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge


/S/   GARY BROWN
Gary Brown
United States Magistrate Judge


/S/ RAMON E. REYES, JR.
Ramon E. Reyes, Jr.
United States Magistrate Judge

1